# ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| MILLIE ELLEN SPENCER | ) | Case No. 07-50612 ASW |
| | ) | |
| | ) | **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) | |
| Debtor | ) | |
| | ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487608 for an unclaimed dividend in the amount of $0.07.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

Claim # 13     PARVANEH POURAKBAR
C/O JOHN F BRADLEY
28 N FIRST ST #400
SAN JOSE, CA  95113

Dated:  April 05, 2011

DEVIN DERHAM-BURK, TRUSTEE